[No. 40034-7-I.     Division One.     October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LINTON
C. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-07125-2, Bobbe J. Bridge, J., entered
December 23, 1996. *Dismissed* by unpublished per curiam
opinion.


[No. 14918-8-III.     Division Three.     October 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY G.
MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 94-1-50228-9, Dennis D. Yule, J., entered
April 4, 1995. *Reversed* by unpublished opinion per Brown,
J., concurred in by Sweeney, C.J., and Kurtz, J.


[No. 15523-4-III.     Division Three.     October 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EZEKIEL
MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 95-8-50292-4, Lonna Malone, J. Pro Tem.,
entered February 16, 1996. *Affirmed* by unpublished
opinion per Thompson, J. Pro Tem., concurred in by
Sweeney, C.J., and Brown, J.


[No. 15567-6-III.     Division Three.     October 23, 1997.]

KENNETH GAMACHE, ET AL., *Appellants*, v. GERALD L.
GROENIG, ET AL., *Defendants*, JOHN E. BORTON, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 94-2-00421-1, Robert N. Hackett, J.,
entered February 16, 1996. *Affirmed in part* and *reversed
in part* by unpublished opinion per Thompson, J. Pro Tem.,
concurred in by Sweeney, C.J., and Schultheis, J.